UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

       Plaintiff,

Case No. 21-mj-30407

v.

DAESHAWN TAMAR POSEY (D-1),
CHAZ DUANE SHIELDS (D-2),
CORTNEY SHAQUAN SHIELDS (D-3), and
BRITTANY LEVETT WITHERSPOON (D-4),,

       Defendants.
_____/

## MOTION AND ORDER TO SEAL COMPLAINT AND ARREST WARRANTS

THE UNITED STATES OF AMERICA requests the court to seal the Complaint and Arrest Warrant, and all attendant papers for the reason that the Defendants may flee prior to appearance on the complaint. This sealing order is entered with the express exception that upon the Defendant's arrest, the government may provide copies of the aforementioned documents to the following persons to facilitate the defendant's appearance in court: the court and its staff, United States Pretrial Services, the United States Probation Department, the United States Marshal Service, the Defendant, the Federal Community Defender's Officer, and/or the Defendant's attorney. The documents otherwise remain sealed for all other purposes until unsealed by order of the court.

        Respectfully submitted,

        Saima S. Mohsin
        Acting United States Attorney

        *s/Ryan Particka*
        Ryan Particka
        Assistant United States Attorney
        211 W. Fort Street, Suite 2001
        Detroit, MI  48226
Dated:  August 26, 2021        (313) 226-9635

**IT IS SO ORDERED.**

        _____
        Kimberly G. Altman
        United States Magistrate Judge

Entered: August, 26, 2021