PUNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

United States of America,

        Plaintiff,                  Case No. 22-cr-20264
                                          Honorable Robert H. Cleland

vs.

D-1 Daeshawn Tamar Posey,

        Defendant.

---

**First Amended Preliminary Order of Forfeiture
and Final Order of Forfeiture**

---

1.    On December 20, 2022, the Court issued a Stipulated Preliminary Order of Forfeiture ("Order") ordering the forfeiture of the following property (ECF No. 110, PageID.594-595):

- $2,917.00 U.S. Currency;
- Miscellaneous Jewelry:
  - 10kt rose and white gold cuban link diamond necklace set;
  - 10kt white gold diamond cuban link necklace set;
  - Case No 7933 #774382 Audemars Piguet Royal Oak Offshore chronograph automatic watch;
  - 14kt white gold diamond engagement style diamond ring, pear shaped head, overall ring set;
- Miscellaneous Designer Shoes and Hats:
  - Louis Vuitton Run Away Sneaker 'Denim' Low Top Sneakers, Size 7, # LD 0290;
  - Louis Vuitton Women's Archlight 'SINCE 1854' Sneakers Size 38 # GO 0211 Monogram Flowers;
  - Louis Vuitton Trainer 'Blue' SS21 Sneakers, Size 6, # MS 0211. Gold-tone signature logo;

- Adidas Yeezy Boost 350 V2 'Zebra' Sneakers Size 7, #CP9654 Upper white/core black;
- Chanel Black & White Tweed Sport Runner Sneakers (SS21) Size 11b #G34360. Black tweed;
- Dior Green Oblique 'B27' Sneakers, Size 40, # DC 04 21. Green leather shell;
- Balenciaga 'Triple Black' Track Sandal, Size 39, # 617542. Black neoprene and rubber;
- Gucci Black Suede 'Screener' Sneakers, Size 6, # 576223. Black suede and canvas upper;
- Men's Disney x Gucci 'Donald Duck' Rhyton Sneakers, Size 7, # 646509. Neutrals Leather;
- Gucci x Disney 'Donald Duck' Trucker Hat, Size Adjustable, #6488434HACR. Beige canvas;
- Dior B22 'White Pink' Sneakers, Size 40 #3SN231ZKZ H365. White and purple technical mesh;
- Chanel Low Top Trainer 'CC Triple White' Sneakers Size 41 #G33745. White leather and suede;
- Dior Grey Oblique 'B27' Sneakers, Size 40, # 3SN272ZIR H165. Grey leather upper;
- Gucci Black 'Flashtrek' Sneakers, Size 7 #543149 GGZ80 1079 Black leather suede and mesh;
- Louis Vuitton Since 1854 LV Monogram Bucket Hat #T00261 MP2828 Cotton fabric;
- Prada Cloudbust Thunder Knit 'White' Sneakers, Size 40, #2EG293. Knit fabric and rubber;
- Valentino Garavani 'VLTN' Giggies High Fabric Sneakers Size 40 #TUD51Y2. Black and white;
- Moncler Emilien Sneakers Size 40 #A 4M700 Black low top stretch-knit with rubber details;
- Christian Louboutin Black Leather High-Top 'Louis' Sneakers Size 41 #3091177;
- Gucci Ultrapace 'Rock Tejus Printed' Sneakers, Size 7,# 592345. Multicoloured;
- Dior B22 'Blue White Grey' Sneakers, Size 39, # 3SN231ZHJ H069. White mesh, and leather;
- Valentino Garavani Rockrunner Camouflage Sneakers, Size

2

- 41 #TV723Y2. Mesh paneled design;
  - Versace Achilles 'Leopard Multi' Sneakers, Size 41, # DSU6988 D5MTG DMCOH. Multi-colored;
  - Dior B22 'White Red' Sneakers, Size 40, #3SN231YRK H360. White mesh on the top toe;
  - Dior B22 'Violet White' Sneakers Size 40 #3SN231YRK HO65. White mesh upper purple leather;
  - Chanel Low Top Trainer 'CC Logo' Sneakers, Size 40, # G38229. Fabric & Suede Calfskin;
  - Gucci 'Ace' Sneakers, Size 6, # 386750. White leather upper; green and red textile stripe;
  - Christian Louboutin Rantulow Orlato 'Metallic Lurex Flame' Sneakers, Size 40, # 1200994;
  - Dior B23 Low 'Dior Oblique' Sneakers Size 40 #3SN249YJP HO69. White leather outsole;
  - Dior B23 Low 'Dior and Shawn Print' Sneakers, Size 40, # 3SN249YYL H661. Yellow and green;
  - Christian Louboutin Spike Sock 'Black' Sneakers Size 40 #1190270B026 Black neoprene fabric;
- Windham Weaponry Inc. WW-15 556 caliber Rifle with magazine SN: YE003730;
- Twenty-Four (24) Rounds of 5.56mm cartridges;
- Glock-43 9 caliber pistol with magazine SN: ZNF048;
- Eight (8) Rounds of 9mm cartridges;
- Zastava Arms ZPAP92 762 caliber Pistol with magazine SN: Z92-079302;
- Twelve (12) Rounds of 7.62mm cartridges;
- Masterpiece Arms MPA Defender 9 caliber Pistol with magazine and un-serialized suppressor SN: FX14992;
- Fifteen (15) Rounds of 9mm cartridges;
- Three (3) magazines;
- Nineteen (19) rounds of 7.62 cartridges;
- Five (5) rounds of .380 cartridges; and
- 2017 BMW 750xi, VIN: WBA7F2C52HG21881.

The government has determined that there was a typographical error in the

VIN number provided for the above referenced 2017 BMW 750xi. The correct VIN number for the above referenced 2017 BMW 750xi is WBA7F2C52HG421881 (not WBA7F2C52HG21881).

The Stipulated Preliminary Order of Forfeiture is incorporated herein by this reference, and pursuant to Federal Rules of Criminal Procedure 32.2(e) and 36, is hereby amended to correct a clerical error and provide a more complete property inventory list.  The complete property inventory list, including the corrected VIN number for the 2017 BMW 750xi, is now as follows:

- $2,917.00 U.S. Currency;
- Miscellaneous Jewelry:
  - 10kt rose and white gold cuban link diamond necklace set;
  - 10kt white gold diamond cuban link necklace set;
  - Case No 7933 #774382 Audemars Piguet Royal Oak Offshore chronograph automatic watch;
  - 14kt white gold diamond engagement style diamond ring, pear shaped head, overall ring set;
- Miscellaneous Designer Shoes and Hats:
  - Louis Vuitton Run Away Sneaker 'Denim' Low Top Sneakers, Size 7, # LD 0290;
  - Louis Vuitton Women's Archlight 'SINCE 1854' Sneakers Size 38 # GO 0211 Monogram Flowers;
  - Louis Vuitton Trainer 'Blue' SS21 Sneakers, Size 6, # MS 0211. Gold-tone signature logo;
  - Adidas Yeezy Boost 350 V2 'Zebra' Sneakers Size 7, #CP9654 Upper white/core black;
  - Chanel Black & White Tweed Sport Runner Sneakers (SS21) Size 11b #G34360. Black tweed;
  - Dior Green Oblique 'B27' Sneakers, Size 40, # DC 04 21. Green leather shell;

- Balenciaga 'Triple Black' Track Sandal, Size 39, # 617542. Black neoprene and rubber;
- Gucci Black Suede 'Screener' Sneakers, Size 6, # 576223. Black suede and canvas upper;
- Men's Disney x Gucci 'Donald Duck' Rhyton Sneakers, Size 7, # 646509. Neutrals Leather;
- Gucci x Disney 'Donald Duck' Trucker Hat, Size Adjustable, #6488434HACR. Beige canvas;
- Dior B22 'White Pink' Sneakers, Size 40 #3SN231ZKZ H365. White and purple technical mesh;
- Chanel Low Top Trainer 'CC Triple White' Sneakers Size 41 #G33745. White leather and suede;
- Dior Grey Oblique 'B27' Sneakers, Size 40, # 3SN272ZIR H165. Grey leather upper;
- Gucci Black 'Flashtrek' Sneakers, Size 7 #543149 GGZ80 1079 Black leather suede and mesh;
- Louis Vuitton Since 1854 LV Monogram Bucket Hat #T00261 MP2828 Cotton fabric;
- Prada Cloudbust Thunder Knit 'White' Sneakers, Size 40, #2EG293. Knit fabric and rubber;
- Valentino Garavani 'VLTN' Giggies High Fabric Sneakers Size 40 #TUD51Y2. Black and white;
- Moncler Emilien Sneakers Size 40 #A 4M700 Black low top stretch-knit with rubber details;
- Christian Louboutin Black Leather High-Top 'Louis' Sneakers Size 41 #3091177;
- Gucci Ultrapace 'Rock Tejus Printed' Sneakers, Size 7,# 592345. Multicoloured;
- Dior B22 'Blue White Grey' Sneakers, Size 39, # 3SN231ZHJ H069. White mesh, and leather;
- Valentino Garavani Rockrunner Camouflage Sneakers, Size 41 #TV723Y2. Mesh paneled design;
- Versace Achilles 'Leopard Multi' Sneakers, Size 41, # DSU6988 D5MTG DMCOH. Multi-colored;
- Dior B22 'White Red' Sneakers, Size 40, #3SN231YRK H360. White mesh on the top toe;
- Dior B22 'Violet White' Sneakers Size 40

5

        #3SN231YRK HO65. White mesh upper purple leather;
- Chanel Low Top Trainer 'CC Logo' Sneakers, Size 40, # G38229. Fabric & Suede Calfskin;
- Gucci 'Ace' Sneakers, Size 6, # 386750. White leather upper; green and red textile stripe;
- Christian Louboutin Rantulow Orlato 'Metallic Lurex Flame' Sneakers, Size 40, # 1200994;
- Dior B23 Low 'Dior Oblique' Sneakers Size 40 #3SN249YJP HO69. White leather outsole;
- Dior B23 Low 'Dior and Shawn Print' Sneakers, Size 40, # 3SN249YYL H661. Yellow and green;
- Christian Louboutin Spike Sock 'Black' Sneakers Size 40 #1190270B026 Black neoprene fabric;

- Windham Weaponry Inc. WW-15 556 caliber Rifle with magazine SN: YE003730;
- Twenty-Four (24) Rounds of 5.56mm cartridges;
- Glock-43 9 caliber pistol with magazine SN: ZNF048;
- Eight (8) Rounds of 9mm cartridges;
- Zastava Arms ZPAP92 762 caliber Pistol with magazine SN: Z92-079302;
- Twelve (12) Rounds of 7.62mm cartridges;
- Masterpiece Arms MPA Defender 9 caliber Pistol with magazine and un-serialized suppressor SN: FX14992;
- Fifteen (15) Rounds of 9mm cartridges;
- Three (3) magazines;
- Nineteen (19) rounds of 7.62 cartridges;
- Five (5) rounds of .380 cartridges; and
- 2017 BMW 750xi, VIN: WBA7F2C52HG421881.

The Court shall retain jurisdiction to enforce the Stipulated Preliminary Order of Forfeiture, and to amend it as necessary, pursuant to Federal Rule of Criminal Procedure 32.2(e).

Pursuant to information already on the record, and Federal Rules of Criminal Procedure 32.2(e) and 36, the United States respectfully requests that the Court enter this First Amended Preliminary Order of Forfeiture and Final Order of Forfeiture.

**IT IS SO ORDERED.**

Date: January 17, 2023

s/Robert H. Cleland
Honorable Robert H. Cleland
United States District Judge
