**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

United States of America,

    Plaintiff,

v.

D-2 Chaz Duane Shields,

    Defendant.

                                               /

Criminal No. 22-20264

Hon. Robert H. Cleland

## **INDEX OF EXHIBITS**

Exhibit 1    2018 Chaz Shields Sentencing Transcript (Exhibit 1)

Exhibit 2    2020 Chaz Shields Sentencing Transcript (Exhibit 2)

                                            *s/ Timothy J. Wyse*
                                            Timothy J. Wyse
                                            Assistant United States Attorney
                                            211 W. Fort Street, Suite 2001
                                            Detroit, MI  48226
                                            Timothy.Wyse@usdoj.gov
                                            (313) 226-9144